UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLEWS SHADLEY RACHER & BRAUN LLP, | )<br>)<br>) |
| Plaintiffs, | )<br>) CASE NO._____ |
| vs. | )<br>) |
| ONEBEACON PROFESSIONAL INSURANCE and WESTFIELD INSURANCE COMPANY, | ) 1 : 12 -cv- 0 7 7 3 TWP -MJD<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, OneBeacon Insurance Company, improperly designated as OneBeacon Professional Insurance ("OneBeacon") and Westfield Insurance Company ("Westfield"), pursuant to 28 U.S.C. §§1441(a) and 1446(b), state as follows:

1. On May 18, 2012, Plews Shadley Racher & Braun LLP ("PSRB") filed its "Complaint for Declaratory Relief and Damages" in the following state court action: "*Plews Shadley Racher & Braun LLP, Plaintiff, vs. OneBeacon Professional Insurance and Westfield Insurance Company, Defendants*", Cause No. 49D10-1205-CT-020192, Marion Superior Court No. 10 (the "Lawsuit").

2. On May 18, 2012, OneBeacon received notice of the Lawsuit.

3. On May 23, 2012, Westfield was served with the Lawsuit.

4. Attached hereto as Exhibit "1" is a copy of the Lawsuit's Complaint, together with other documents received by OneBeacon and Westfield.

5. Attached hereto as Exhibit "2" is a copy of all documents filed by Westfield in the Lawsuit.

6. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. PSRB requests that the Court declare that One Beacon and Westfield have a duty under their respective insurance policies to indemnify PSRB against a $394,998.33 sanctions order, together with a duty to defend PSRB against the same.

7. There is complete diversity of citizenship between the parties:

(a) Plaintiff, PSRB, is an Indiana limited liability partnership with principal place of business and nerve center in Indianapolis, Marion County, Indiana. The partners of PSRB are:

(1) Christopher J. Braun, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(2) John B. Bridge, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(3) Jeffrey D. Claflin, a citizen of the State of Indiana who resides in the Northern District of Indiana;

(4) S. Curtis DeVoe, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(5) Jonathan P. Emenhiser, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(6) Frederick D. Emhardt, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(7) Jeffrey D. Featherstun, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(8) Gregory M. Gotwald, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(9) Todd J. Janzen, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(10) John M. Ketcham, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(11) Donna C. Marron, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(12) John D. Moriarty, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(13) Brett E. Nelson, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(14) Thao Nguyen, a citizen of the State of Indiana who resides in the Northern District of Indiana;

(15) George M. Plews, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(16) Peter M. Racher, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(17) Amy E. Romig, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(18) Sue A Shadley, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(19) Alexandra S. Sulvia, a citizen of the State of Indiana who resides in the Southern District of Indiana; and

(20) Jeffrey A. Townsend, a citizen of the State of Indiana who resides in the Southern District of Indiana;

(b) OneBeacon is the company which issued the insurance policy in question. OneBeacon is a Pennsylvania corporation with principal place of business and nerve center in Minnetonka, Minnesota; and

(c) Westfield is an Ohio corporation with principal place of business and nerve center in Westfield Center, Ohio.

8. This Court has original subject matter jurisdiction of this action under 28 U.S.C. § 1332(a).

9. Venue lies in this Court pursuant to 28 U.S.C. §1391(a).

10. In accordance with 28 U.S.C. §1446(d), the undersigned counsel for OneBeacon and Westfield will promptly:

    (a)    file a file-marked copy of "Defendants' Notice of Removal" with the Clerk of the Marion County Superior Court No. 10; and

    (b)    serve all parties with a file-marked copy of "Defendants' Notice of Removal".

WHEREFORE, OneBeacon and Westfield respectfully request that this Court accept jurisdiction of this action under 28 U.S.C. §1441(a), 28 U.S.C. §1446(b), and 28 U.S.C. §1332(a).

Respectfully Submitted,

| CANTRELL, STRENSKI & MEHRINGER, L.L.P. | SMITH FISHER MAAS & HOWARD, P.C. |
|---|---|
| _/s/ James Strenski_ | _/s/ Mark R. Smith_ |
| JAMES STRENSKI, 18186-53 | MARK R. SMITH, 2115-49 |
| 150 West Market Street | 7209 North Shadeland Avenue |
| Suite 800 | Indianapolis Indiana 46250 |
| Indianapolis, Indiana 46204 | Telephone: (317) 578-1900 |
| Telephone: (317) 352-3500 | Facsimile: (317) 578-1330 |
| Facsimile: (317) 352-3501 | E-mail: msmith@smithfisher.com |
| E-Mail: jstresnki@csmlawfirm.com | Counsel for Defendant, Westfield |
| Counsel for Defendant, OneBeacon | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following persons and counsel of record via First Class, U.S. mail, postage prepaid, on this 6th day of June, 2012.

George M. Plews, Esq.
Jeffrey D. Featherstun, Esq.
Donna C. Marron, Esq.
Theresa M. Willard, Esq.
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202-2415

James Strenski, Esq.
CANTRELL, STRENSKI & MEHRINGER, L.L.P.
150 West Market Street
Suite 800
Indianapolis, Indiana 46204

Clerk, Marion County Superior Court No. 10
Cause No. 49D10-1205-CT-020192
T1441 City County Building
200 East Washington Street
Indianapolis, IN 46204

_____
Mark R. Smith

Q:\WES-954\NOTICE OF REMOVAL WES-954.doc