Acknowledged.
Date: 06/12/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| PLEWS SHADLEY RACHER & BRAUN, LLP<br><br>Plaintiff<br><br>v.<br><br>ONE BEACON PROFESSIONAL INSURANCE, et al.<br><br>Defendants. | CAUSE NO. 1:12−cv−00773−SEB−DML |

## NOTICE OF DISMISSAL

Plaintiff Plews Shadley Racher & Braun LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby submits notice of dismissal without prejudice of this action.

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

By: s/Theresa M. Willard
    Attorney for Plaintiff

George M. Plews, Atty No. 6247-49
Jeffrey D. Featherstun, Atty Number: 17035-49
Donna C. Marron, Atty Number: 17748-67
Theresa M. Willard, Atty No. 21150-29
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana  46202-2415
Telephone:  317-637-0700
Facsimile:  317-637-0710
E-mail:  gplews@psrb.com; twillard@psrb.com

Copies to:

Electronically registered counsel of record